NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARTEX RESEARCH, LLC,**
*Plaintiff-Appellant,*

**v.**

**FEDEX CORPORATION, FEDEX EXPRESS CORPORATION, FEDEX GROUND PACKAGE SYSTEM, INC., and FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.,**
*Defendant-Appellees.*

---

2010-1397

---

Appeal from the United States District Court for the Eastern District of Texas in Case No. 07-CV-0385, Judge Leonard Davis.

---

**JUDGMENT**

---

RICHARD B. MEGLEY, JR., Niro, Scavone, Haller & Niro, of Chicago, Illinois, argued for plaintiff-appellant. With him on the brief were RAYMOND P. NIRO, DAVID J. SHEIKH, and KARA L. SZPONDOWSKI.  Of counsel was ANNA B. FOLGERS.

DORIS JOHNSON HINES, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for defendants-appellees.  With her on the brief were CHRISTOPHER T. BLACKFORD, JOHN S. SIEMAN, and

JASON W. MELVIN; and JEFFREY A. BERKOWITZ, of Reston, Virginia. Of counsel on the brief was E. CHRIS CHERRY, FedEx Corporation, of Memphis, Tennessee.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, SCHALL, and LINN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 22, 2011      /s/ Jan Horbaly
Date                Jan Horbaly
                   Clerk